IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CR-349-RJC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **JOHN A SUGG,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal Government Response" (Document No. 39) filed October 5, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Government's Response in Opposition to Defendant's Motion for Compassionate Release contains sensitive and private information that is inappropriate for public access, including medical information regarding Defendant. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal Government Response" (Document No. 39) is **GRANTED**, and the Government's Response in Opposition to Defendant's Motion for Compassionate Release (Document No. 38) is sealed until further Order of this Court.

Signed: October 8, 2020

David C. Keesler
United States Magistrate Judge